UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL J. DAVIS,

                Plaintiff,

     -against-                       20-CV-1341 (LLS)

PORT JERVIS COMMUNITY DEVELOPMENT;    CIVIL JUDGMENT
NORA GALLAGHER/GOETZ; VALERIE
MAGINSKY, MANAGER,

                Defendants.

Pursuant to the order issued April 23, 2021, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 23, 2021
           New York, New York

                                                Louis L. Stanton
                                                   U.S.D.J.